IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANIKA SMITH, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-00900 |
|       v. | : | |
| | : | |
| RB DISTRIBUTION, INC. ET AL | : | |
| | : | |
|       Defendants. | : | |

## ORDER

This 25th day of January, 2021, it is hereby **ORDERED** that Defendant's Motion to

Dismiss, ECF 25, is **GRANTED** in part and **DENIED** in part.  The Motion is **DENIED** as to

Plaintiff's claim for Intentional Infliction of Emotional Distress.  In all other respects it is

**GRANTED.**

/s/ Gerald Austin McHugh__
United States District Judge